**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 02-2082**

―――――――――

ROBERT NESTER,

Plaintiff - Appellant,

versus

ANALOSTAN HOMES ASSOCIATION, INCORPORATED,

Defendant - Appellee.



―――――――――

**No. 02-2323**

―――――――――

ROBERT NESTER,

Plaintiff - Appellee,

versus

ANALOSTAN HOMES ASSOCIATION, INCORPORATED,

Defendant - Appellant.



―――――――――

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Chief
District Judge.  (CA-02-88-A)

―――――――――

Submitted:  May 8, 2003                    Decided:  June 9, 2003

Before WILKINSON, NIEMEYER, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Barry Weintraub, Stafford, Virginia, for Appellant.  Michael L. O'Reilly, THE O'REILLY LAW FIRM, Herndon, Virginia; Raymond J. Diaz, REES, BROOME & DIAZ, P.C., Vienna, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Nester appeals the district court's order awarding summary judgment to Analostan Homes Association, Inc. ("Analostan"), and dismissing his complaint brought pursuant to the Fair Housing Act, 42 U.S.C. §§ 3601-3619 (2000). Analostan cross-appeals claiming that the district court abused its discretion in denying Analostan's motion for costs and fees under 42 U.S.C. § 3613(c). We have reviewed the parties' briefs and the joint appendix and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Nester v. Analostan Homes Ass'n, Inc., No. CA-02-88-A (E.D. Va. filed Aug. 20, 2002 & entered Aug. 21, 2002; filed Sept. 26, 2002 & entered Oct. 1, 2002). We remind Nester and his counsel that Fed. R. Civ. P. 11 requires that pleadings be filed with a good faith belief that they are not frivolous and that further failure to abide by the Rule is grounds for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED